# United States District Court

## MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

RICHARD NORMAN WILLIAMS

**WARRANT FOR ARREST**

CASE NUMBER: 1:06CR468-1

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Richard Norman Williams, whose last known address is the Guilford County Jail, Greensboro, NC and bring him or her forthwith to the nearest magistrate judge

to answer a(n)

☐ Indictment  **X** Felony Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with engaged in sexual acts with a minor at least four years younger than defendant in violation of 18:2243(a); coercion and enticement of minor by way of a computer in violation of 18:2422(b); coerced minor to engage in sexually explicit conduct for purpose of producing visual depictions of such conduct, knowing that such visual depictions would be transported in interstate commerce and such visual depictions were produced using material that had been mailed, shipped & transported in interstate & foreign commerce in violation of 18:2251(a)

John S. Brubaker
Name of Issuing Officer

*(signature)* Kim Garrett
Signature of Issuing Officer    (Deputy Clerk)

Clerk
Title of Issuing Officer

12/14/06; Greensboro, NC
Date and Location

**Bail recommended by the US Attorney: The US Attorney requests a detention hearing.**

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |
| | | |