IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:06CR468 |
| v. | : | |
| RICHARD NORMAN WILLIAMS | : | PLEA AGREEMENT |

FILED DEC 1 4 2006

NOW COME the United States of America, by and through Anna Mills Wagoner, United States Attorney for the Middle District of North Carolina, and the defendant, RICHARD NORMAN WILLIAMS, in his own person and through his attorney, Locke T. Clifford, and state as follows:

1. The defendant, RICHARD NORMAN WILLIAMS, is presently charged in an Information in case number 1:06CR468-1, which charges him in Count One with a violation of Title 18, United States Code, Section 2243(a), sexual abuse of a minor, which in Count Two charges him with a violation of Title 18, United States Code, Section 2422(b), enticement of a minor, and which in Count Three charges him with a violation of Title 18, United States Code, Section 2251(a), sexual exploitation of a child.

2. The defendant, RICHARD NORMAN WILLIAMS, will enter a voluntary plea of guilty to Counts One, Two and Three of the Information herein. The nature of these charges and the elements of these charges which must be proved by the United States beyond a reasonable doubt before the defendant can be found guilty thereof have been explained to him by his attorney.

a. The defendant, RICHARD NORMAN WILLIAMS, understands that the maximum term of imprisonment provided by law for Count One of the Information herein is not more than fifteen years, and the maximum fine for Count One is $250,000, or both. The fine is subject to the provisions of Title 18, United States Code, Section 3571, entitled "Sentence of Fine."

b. The defendant, RICHARD NORMAN WILLIAMS, also understands that, as to Count One of the Information, the Court may include as a part of the sentence a requirement that the defendant be placed on a term of supervised release of not more than three years after imprisonment, pursuant to Title 18, United States Code, Section 3583.

c. The defendant, RICHARD NORMAN WILLIAMS, understands that the term of imprisonment provided by law for Count Two of the Information herein is not less than five years nor more than thirty years, and the maximum fine for Count Two is $250,000, or both. The fine is subject to the provisions of Title 18, United States Code, Section 3571, entitled "Sentence of Fine."

d. The defendant, RICHARD NORMAN WILLIAMS, also understands that, as to Count Two of the Information, the Court may include as a part of the sentence a requirement that the defendant be placed on a term of supervised release of any term of years or life after imprisonment, pursuant to Title 18, United States Code, Section 3583.

e. The defendant, RICHARD NORMAN WILLIAMS, understands that the term of imprisonment provided by law for Count Three of the Information herein is not less than fifteen years nor more than thirty years, and the maximum fine for Count Three is $250,000, or both. The fine is subject to the provisions of Title 18, United States Code, Section 3571, entitled "Sentence of Fine."

f. The defendant, RICHARD NORMAN WILLIAMS, also understands that, as to Count Three of the Information, the Court may include as a part of the sentence a requirement that the defendant be placed on a term of supervised release of any term of years or life after imprisonment, pursuant to Title 18, United States Code, Section 3583.

g. The defendant, RICHARD NORMAN WILLIAMS, also understands that, as to each of Counts One and Three of the Information, the Court shall order, in addition to any other criminal penalty authorized by law, that the defendant make restitution, pursuant to Title 18, United States Code, Sections 2248 and 2259, to any victim of the offenses.

h. The defendant also understands that, as to Count Two of the Information, the Court may order, in addition to any other penalty authorized by law, that the defendant make restitution to any victim of the offenses, pursuant to Title 18, United States Code, Section 3663.

3

i. The defendant, RICHARD NORMAN WILLIAMS, further understands that the sentence to be imposed upon him is within the discretion of the sentencing court subject to the statutory maximum and mandatory minimum penalties set forth above. The sentencing court is not bound by the sentencing range prescribed by the United States Sentencing Guidelines. Nevertheless, the sentencing court is required to consult the Guidelines and take them into account when sentencing. In so doing, the sentencing court will first calculate, after making the appropriate findings of fact, the sentencing range prescribed by the Guidelines, and then will consider that range as well as other relevant factors set forth in the Guidelines and those factors set forth in Title 18, United States Code, Section 3553(a) before imposing the sentence.

3. By voluntarily pleading guilty to Counts One Two and Three of the Information herein, the defendant, RICHARD NORMAN WILLIAMS, as to the Information herein, knowingly waives and gives up his constitutional rights to plead not guilty, to compel the United States to prove his guilt beyond a reasonable doubt, not to be compelled to incriminate himself, to confront and cross-examine the witnesses against him, to have a jury or judge determine his guilt on the evidence presented, and other constitutional rights which attend a defendant on trial in a criminal case.

4

4. The defendant, RICHARD NORMAN WILLIAMS, is going to plead guilty to Counts One, Two and Three of the Information herein because he is, in fact, guilty and not because of any threats or promises.

5. The extent of the plea bargaining in this case is as follows:

    a. It is agreed that the defendant, RICHARD NORMAN WILLIAMS, will waive in open court prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

    b. The United States of America agrees that there shall be no further prosecutions of RICHARD NORMAN WILLIAMS in the Middle District of North Carolina for activities related to offenses committed against the minor victim, D.H., nor shall there be any prosecution of RICHARD NORMAN WILLIAMS in the Western District of North Carolina for his possession of child pornography on January 31, 2006.

    c. It is understood that if the Court determines at the time of sentencing that the defendant, RICHARD NORMAN WILLIAMS, qualifies for a 2-point decrease in the offense level under Section 3E1.1(a) of the Sentencing Guidelines and that the offense level prior to the operation of Section 3E1.1(a) is 16 or greater, then the United States will recommend a decrease in the offense level by 1 additional level pursuant to Section 3E1.1(b)

5

of the Sentencing Guidelines. This recommendation is not binding upon the Court.

6. It is further understood that the United States and the defendant, RICHARD NORMAN WILLIAMS, reserve the right to bring to the Court's attention any facts deemed relevant for purposes of sentencing.

7. The defendant, RICHARD NORMAN WILLIAMS, further understands and agrees that pursuant to Title 18, United States Code, Section 3013, for any offense committed on or after October 11, 1996, the defendant shall pay an assessment to the Court of $100 for each offense to which he is pleading guilty. This payment shall be made at the time of sentencing by cash or money order made payable to the Clerk of the United States District Court. If the defendant is indigent and cannot make the special assessment payment at the time of sentencing, then the defendant agrees to participate in the Inmate Financial Responsibility Program for purposes of paying such special assessment.

6

8. No agreements, representations, or understandings have been made between the parties in this case other than those which are explicitly set forth in this Plea Agreement, and none will be entered into unless executed in writing and signed by all the parties.

This the 11TH day of December, 2006.

ANNA MILLS WAGONER
United States Attorney

/s/ Lisa B. Boggs
LISA B. BOGGS
NCSB #10635
Assistant United States Attorney

P. O. Box 1858
Greensboro, NC 27402
336/333-5351

/s/ Locke T. Clifford
LOCKE T. CLIFFORD
Attorney for Defendant

/s/ Richard Norman Williams
RICHARD NORMAN WILLIAMS
Defendant