

**United States District Court**
**for the** _Middle_ **District of** _North Carolina_
_____ **Division**

| | |
|---|---|
| **United States of America,** *Plaintiff,* | _FCI Seagoville_ <br> Place of Confinement |
| v. | _23566-057_ <br> Federal Register Number |
| _Richard Norman Williams,_ *Defendant.* | _1-06CR468-1_ <br> Criminal Case Number |

**Defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines:**

__X__  Based on U.S.S.G. § 4C1.1 Adjustment for Zero-Point Offenders (for those assessed zero criminal history points at sentencing)

_____ Based on U.S.S.G. § 4A1.1(d) & (e) Criminal History Category (for those who received "status" points for being under a criminal justice sentence at the time of the offense)

---

### Instructions - Read Carefully

1. The court has received your request regarding a sentence reduction under Amendment 821 to the Sentencing Guidelines (effective November 1, 2023). You must complete this form motion and return it to the appropriate divisional office listed in instruction 3, below, to enable the court to consider your request. This form should only be used when requesting a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines and for no other purpose. Amendment 821 provides for reduction in offense level for certain offenders with zero criminal history points (U.S.S.G. § 4C1.1) and reduces or eliminates status points for certain offenders who previously received status points pursuant to U.S.S.G. § 4A1.1(d). Amendment 825 authorizes retroactive reductions effective February 1, 2024 or later. A copy of your original request is included with this form for your reference.

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3. Completed motions must be mailed to the **Clerk of the United States District Court for the** _middle_ **District of** _NC_, at the appropriate divisional office below:

P.O. Box 2708
Greensboro, NC 27402

4. Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

## Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

   _Middle District of North Carolina, Greensboro, NC_

2. Date(s) of sentence and judgment of conviction:

   _June 1, 2007_

3. Are you currently in prison for this sentence?

   _X_ Yes _____ No

4. If so, when is your projected date of release? _June, 2028_

5. Are you currently on supervised release? _____ Yes _X_ No

6. Are you currently in prison because you violated your supervised release for the conviction and sentence identified in response to Questions No. 1 and 2?

   _____ Yes _X_ No

7. Is your case currently on appeal? ___ Yes _X_ No

8. Offense(s) for which you were convicted (all counts):

    18 USC: 2243(a)

    18 USC: 2422(b)

    18 USC: 2251(a)

9. In calculating the applicable sentencing guideline range, were you assessed any criminal history points (U.S.S.G. § 4A1.1)?

    ___ Yes _X_ No ___ Not Sure

9a. **If the answer to Question 9 is "No,"** check the box for all statements that apply to your conviction and sentence:

   ☐ I received criminal history points from Chapter Four, Part A;

   ☐ I received an adjustment under § 3A1.4 (Terrorism);

   ☐ I used violence or credible threats of violence in connection with the offense;

   ☐ the offense resulted in death or serious bodily injury;

   ☒ the instant offense of conviction is a sex offense;

   ☐ I personally caused substantial financial hardship;

   ☐ I possessed, received, purchased, transported, transferred, sold, or otherwise disposed of a firearm or other dangerous weapon (or induced another participant to do so) in connection with the offense;

   ☐ the instant offense of conviction is covered by § 2H1.1 (Offenses Involving Individual Rights);

   ☐ I received an adjustment under § 3A1.1 (Hate Crime Motivation or Vulnerable Victim) or § 3A1.5 (Serious Human Rights Offense);

   ☐ I received an adjustment under § 3B1.1 (Aggravating Role) or was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848; or

   ☐ none of the statements above applies to my case.

10. **If the answer to Question 9 is "Yes,"** were you assessed criminal history points for being "under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status" at the time of the offense (a.k.a. "status points") (U.S.S.G. § 4A1.1(d))?

N/A

_____ Yes  _____ No  _____ Not Sure

11. **If the answer to Question 10 is "Yes,"** how many criminal history points were assessed in total, including the "status points"?

N/A

_____ Criminal History Points

12. If you were sentenced on or after April 5, 2023, did the Court provide the benefit of the "status points" or "zero-point offenders" amended guidelines at your sentencing hearing prior to the effective date?

N/A

_____ Yes  _____ No  _____ Not Sure

13. List any good conduct that occurred after your original sentencing hearing or any other mitigating circumstances that you would like the Court to be aware of in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

Volunteer teaching ACE and FSA night classes since Sept, 2007, mostly in small business and personal finance. Taught GED in Education and in housing units. Volunteered to conduct a weekly re-entry seminar program for residential drug program, though not personally eligible for the program, for several years. Have maintained a prison job continually since incarcerated. Have approximately 1,452 hours of programming (education list included). Have never had an incident report in 18 years of incarceration. I turn 67 years old in July, 2024.

Page 4 of 5

For the reasons stated in this motion, I move the court for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines. I declare under penalty of perjury that the facts stated in this motion are true and correct.

Respectfully submitted this _27th day of March_, 20_24_.

_____
Signature of Defendant

_Richard Norman Williams_
Printed Name

_23566-057_
BOP No.

_FCI Seagoville_
Federal Correctional Institution (if applicable)

_P.O. Box 9000_
Address

_Seagoville, TX 75159-9000_
City, State & Zip Code

```
REGISTER NO: 23566-057    NAME..: WILLIAMS                   FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: SEA-SEAGOVILLE FCI
```

---------------------- EDUCATION INFORMATION ----------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| SEA | ESL HAS | ENGLISH PROFICIENT | 10-03-2007 1345 | CURRENT |
| SEA | GED HAS | COMPLETED GED OR HS DIPLOMA | 10-03-2007 1344 | CURRENT |

---------------------- EDUCATION COURSES ----------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| SEA | AARP FINANCES 50+ | 11-01-2023 | 11-01-2023 | P | C | P | 6 |
| SEA | FDIC MONEY SMART FOR ADULTS | 03-15-2024 | 03-15-2024 | P | C | P | 6 |
| SEA | WALKING AND JOGGING FITNESS CL | 10-02-2023 | 12-09-2023 | P | C | P | 20 |
| SEA | ADVANCED MATH | 09-19-2023 | 09-19-2023 | P | C | P | 6 |
| SEA | EFFECTIVE TIME MANAGMNT SKILLS | 05-23-2023 | 06-01-2023 | P | C | P | 6 |
| SEA | COMMUNICATION SKILLS | 03-20-2023 | 03-28-2023 | P | C | P | 6 |
| SEA | PLANNING & SETTING GOALS | 11-07-2022 | 11-16-2022 | P | C | P | 6 |
| SEA | RECREATION AIDE | 09-06-2022 | 09-08-2022 | P | C | P | 1 |
| SEA | COUNTING DOWN TO FREEDEOM | 09-12-2022 | 09-23-2022 | P | C | P | 6 |
| SEA | BASIC MATHEMATICS | 03-07-2022 | 03-14-2022 | P | C | P | 6 |
| SEA | HEALTH INFO AND WELL BEING CHK | 09-13-2021 | 09-14-2021 | P | C | P | 3 |
| SEA | RECREATION AIDE | 07-22-2021 | 07-22-2021 | P | C | P | 1 |
| SEA | HOW TO FINANCE A SMALL BUSINES | 01-21-2020 | 02-25-2020 | P | C | P | 6 |
| SEA | RELEASE PORTFOLIO COMPLETED | 11-04-2019 | 03-04-2020 | P | C | P | 12 |
| SEA | SOCIAL SECURITY SEMINAR | 12-18-2019 | 12-18-2019 | P | C | P | 1 |
| SEA | TUTOR TRAINING IN EDUCATION | 08-30-2019 | 08-30-2019 | P | C | P | 6 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 07-15-2019 | 07-15-2019 | P | C | P | 1 |
| SEA | SEMINAR ON VARYING TOPICS | 06-26-2019 | 06-26-2019 | P | C | P | 1 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 01-03-2019 | 01-03-2019 | P | C | P | 2 |
| SEA | SAFETY TLK (FEB):SLIP HARZARDS | 02-01-2019 | 02-01-2019 | P | C | P | 1 |
| SEA | SAFETY TALK (JAN): PPE | 01-04-2019 | 01-04-2019 | P | C | P | 1 |
| SEA | SAFE TALK (JUN):SAFETY SHOES | 06-07-2019 | 06-07-2019 | P | C | P | 1 |
| SEA | SAFE TALK (MAY):LIFTING PROCED | 05-03-2019 | 05-03-2019 | P | C | P | 1 |
| SEA | SAFE TALK (APR):INJURY REPORTS | 04-05-2019 | 04-05-2019 | P | C | P | 1 |
| SEA | SAFETY TALK (MARCH): ELECTRIC | 03-01-2019 | 03-01-2019 | P | C | P | 1 |
| SEA | SEMINAR ON VARYING TOPICS | 06-17-2019 | 06-17-2019 | P | C | P | 1 |
| SEA | SEMINAR ON VARYING TOPICS | 06-13-2019 | 06-13-2019 | P | C | P | 1 |
| SEA | SEMINAR ON VARYING TOPICS | 06-06-2019 | 06-06-2019 | P | C | P | 1 |
| SEA | SEMINAR ON VARYING TOPICS | 06-05-2019 | 06-05-2019 | P | C | P | 1 |
| SEA | SEMINAR ON VARYING TOPICS | 05-30-2019 | 05-30-2019 | P | C | P | 1 |
| SEA | SEMINAR ON VARYING TOPICS | 05-29-2019 | 05-29-2019 | P | C | P | 1 |
| SEA | SEMINAR ON VARYING TOPICS | 05-23-2019 | 05-23-2019 | P | C | P | 1 |
| SEA | SEMINAR ON VARYING TOPICS | 05-22-2019 | 05-22-2019 | P | C | P | 1 |
| SEA | RECREATION FITNESS CLUB | 10-11-2018 | 04-17-2019 | P | C | P | 1 |
| SEA | SOCIAL SECURITY SEMINAR | 03-27-2019 | 03-27-2019 | P | C | P | 1 |
| SEA | SAFE TALK (DEC):WEATHER EFFECT | 12-06-2018 | 12-06-2018 | P | C | P | 1 |
| SEA | SAFE TALK (NOV): FIRE SAFETY | 11-16-2018 | 11-16-2018 | P | C | P | 1 |
| SEA | SEMINAR ON VARING TOPICS | 02-19-2019 | 02-19-2019 | P | C | P | 1 |
| SEA | TUTOR TRAINING IN EDUCATION | 01-24-2019 | 01-24-2019 | P | C | P | 6 |
| SEA | SEMINAR | 01-23-2019 | 01-23-2019 | P | C | P | 1 |

```
G0002       MORE PAGES TO FOLLOW . . .
```

REGISTER NO: 23566-057 NAME..: WILLIAMS FUNC: PRT
FORMAT.....: TRANSCRIPT RSP OF: SEA-SEAGOVILLE FCI

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| SEA | SAFE TALK (OCT): LADDER SAFETY | 10-19-2018 | 10-19-2018 | P | C | P | 1 |
| SEA | SAFE TALK (SEPT):ACCIDENT PREV | 09-26-2018 | 09-26-2018 | P | C | P | 1 |
| SEA | SEMINAR | 10-23-2018 | 10-23-2018 | P | C | P | 1 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 10-02-2018 | 11-08-2018 | P | C | P | 24 |
| SEA | INFORMATION FAIR | 10-04-2018 | 10-04-2018 | P | C | P | 1 |
| SEA | FEDERAL DEPOSIT INSURANCE | 08-23-2018 | 08-23-2018 | P | C | P | 1 |
| SEA | TUTOR TRAINING IN EDUCATION | 08-27-2018 | 08-27-2018 | P | C | P | 6 |
| SEA | SAFE TALK (JUL):CHEMICAL SPILL | 07-17-2018 | 07-17-2018 | P | C | P | 1 |
| SEA | SAFE TALK (JUN):SAFETY SHOES | 06-17-2018 | 06-17-2018 | P | C | P | 1 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 06-05-2018 | 07-18-2018 | P | C | P | 12 |
| SEA | RECIDIVISM AWARENESS CONCERNS | 06-05-2018 | 07-10-2018 | P | C | P | 6 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 04-09-2018 | 05-30-2018 | P | C | P | 6 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 02-12-2018 | 03-27-2018 | P | C | P | 6 |
| SEA | SAFETY TALK (MARCH): ELECTRIC | 03-08-2018 | 03-08-2018 | P | C | P | 1 |
| SEA | SAFETY TALK (JAN): PPE | 01-11-2018 | 01-11-2018 | P | C | P | 1 |
| SEA | SAFE TALK (DEC):WEATHER EFFECT | 12-28-2017 | 12-28-2017 | P | C | P | 1 |
| SEA | SAFETY TLK (FEB):SLIP HARZARDS | 02-22-2018 | 02-22-2018 | P | C | P | 1 |
| SEA | INFORMATION FAIR | 02-15-2018 | 02-15-2018 | P | C | P | 1 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 12-05-2017 | 02-01-2018 | P | C | P | 6 |
| SEA | SUCCESS ON THE JOB | 12-07-2017 | 02-01-2018 | P | C | P | 6 |
| SEA | SAFE TALK (NOV): FIRE SAFETY | 11-09-2017 | 11-09-2017 | P | C | P | 1 |
| SEA | SAFE TALK (OCT): LADDER SAFETY | 10-26-2017 | 10-26-2017 | P | C | P | 1 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 08-01-2017 | 09-14-2017 | P | C | P | 6 |
| SEA | SAFE TALK (SEPT):ACCIDENT PREV | 09-07-2017 | 09-07-2017 | P | C | P | 1 |
| SEA | SAFE TALK (AUG): HYDRATION | 08-31-2017 | 08-31-2017 | P | C | P | 1 |
| SEA | SAFE TALK (JUL):CHEMICAL SPILL | 07-31-2017 | 07-31-2017 | P | C | P | 1 |
| SEA | PLANNING & SETTING GOALS | 07-31-2017 | 07-31-2017 | P | W | V | 1 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 06-06-2017 | 07-18-2017 | P | C | P | 6 |
| SEA | TUTOR TRAINING IN EDUCATION | 08-03-2017 | 08-03-2017 | P | C | P | 8 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 04-06-2017 | 05-25-2017 | P | C | P | 12 |
| SEA | FOUNDATIONS OF BUSINESS | 04-12-2017 | 05-17-2017 | P | C | P | 6 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 02-14-2017 | 03-22-2017 | P | C | P | 6 |
| SEA | VOTING AND ELECTIONS PROCESS | 02-14-2017 | 03-21-2017 | P | C | P | 6 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 12-08-2016 | 02-11-2017 | P | C | P | 12 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 12-06-2016 | 02-09-2017 | P | C | P | 12 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 10-17-2016 | 11-17-2016 | P | C | P | 12 |
| SEA | SAFE TALK (SEPT):ACCIDENT PREV | 09-08-2016 | 09-08-2016 | P | C | P | 1 |
| SEA | SAFE TALK (AUG): HYDRATION | 09-08-2016 | 09-08-2016 | P | C | P | 1 |
| SEA | 7-HABITS OF HIGHLY EFFEC PEOPL | 08-31-2016 | 08-31-2016 | P | C | P | 2 |
| SEA | PARENTING:FROM THE INSIDE | 06-06-2016 | 07-18-2016 | P | C | P | 12 |
| SEA | PARENTING:REENTRY PLAN | 06-06-2016 | 07-18-2016 | P | C | P | 12 |
| SEA | FEDERAL DEPOSIT INSURANCE | 07-15-2016 | 07-15-2016 | P | C | P | 4 |
| SEA | SAFE TALK (JUL):CHEMICAL SPILL | 06-30-2016 | 06-30-2016 | P | C | P | 1 |
| SEA | SAFE TALK (JUN):SAFETY SHOES | 06-30-2016 | 06-30-2016 | P | C | P | 1 |
| SEA | SAFE TALK (MAY):LIFTING PROCED | 05-05-2016 | 05-05-2016 | P | C | P | 1 |

G0002 MORE PAGES TO FOLLOW . . .

```
SEAI4            *          INMATE EDUCATION DATA          *      03-26-2024
PAGE 003         *              TRANSCRIPT                 *      13:40:58

REGISTER NO: 23566-057     NAME..: WILLIAMS               FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: SEA-SEAGOVILLE FCI
```

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| SEA | SAFE TALK (APR):INJURY REPORTS | 05-05-2016 | 05-05-2016 | P | C | P | 1 |
| SEA | SAFETY TALK (MARCH): ELECTRIC | 02-24-2016 | 02-24-2016 | P | C | P | 1 |
| SEA | SAFETY TLK (FEB):SLIP HARZARDS | 02-26-2016 | 02-26-2016 | P | C | P | 1 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 12-03-2015 | 01-21-2016 | P | C | P | 12 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 12-01-2015 | 01-19-2016 | P | C | P | 12 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 10-09-2015 | 11-13-2015 | P | C | P | 12 |
| SEA | RPP INSTRUCTOR TEACHING CREDIT | 10-08-2015 | 11-12-2015 | P | C | P | 12 |
| SEA | ATTORNEY GENERLA CHILD SUPPORT | 02-16-2016 | 02-16-2016 | P | C | P | 4 |
| SEA | PARENTING CLASSES            6 | 12-17-2015 | 01-28-2016 | P | C | P | 12 |
| SEA | SOCIAL SECURITY ADMINISTRATIVE | 10-13-2015 | 10-13-2015 | P | C | P | 4 |
| SEA | SAFE TALK (SEPT):ACCIDENT PREV | 09-30-2015 | 09-30-2015 | P | C | P | 1 |
| SEA | TUTOR TRAINING IN EDUCATION | 11-05-2015 | 11-05-2015 | P | C | P | 8 |
| SEA | SAFE TALK (JUL):CHEMICAL SPILL | 07-30-2015 | 07-30-2015 | P | C | P | 1 |
| SEA | SAFE TALK (DEC):WEATHER EFFECT | 01-07-2016 | 01-07-2016 | P | C | P | 1 |
| SEA | SAFETY TALK (JAN): PPE | 01-07-2016 | 01-07-2016 | P | C | P | 1 |
| SEA | SAFE TALK (NOV): FIRE SAFETY | 11-24-2015 | 11-24-2015 | P | C | P | 1 |
| SEA | SAFE TALK (AUG): HYDRATION | 08-30-2015 | 08-30-2015 | P | C | P | 1 |
| SEA | TUTOR TRAINING IN EDUCATION | 09-10-2015 | 09-10-2015 | P | C | P | 3 |
| SEA | TUTOR TRAINING IN EDUCATION | 08-11-2015 | 08-11-2015 | P | C | P | 3 |
| SEA | MONEY SMART                  3 | 06-11-2015 | 06-11-2015 | P | C | P | 4 |
| SEA | CHILD SUPPORT SEMINAR | 06-17-2015 | 06-17-2015 | P | C | P | 4 |
| SEA | EDUCATION REENTRY SEMINAR | 03-25-2015 | 03-25-2015 | P | C | P | 4 |
| SEA | ADMISSION AND ORIENTATION | 03-07-2013 | 03-07-2013 | P | C | P | 7 |
| SEA | SOCIAL SECURITY ADMN SEMINAR | 04-07-2015 | 04-07-2015 | P | C | P | 4 |
| SEA | DALLAS 2ND CHANCE ACT RE-ENTRY | 03-26-2015 | 03-26-2015 | P | C | P | 4 |
| SEA | EAT FOR HEALTH/FIT FOR LIFE  1 | 03-10-2015 | 03-14-2015 | P | C | P | 3 |
| SEA | CHILD SUPPORT SEMINAR | 01-14-2015 | 01-14-2015 | P | C | P | 4 |
| SEA | STARTING A SMALL BUSINESS | 10-30-2014 | 12-11-2014 | P | C | P | 6 |
| SEA | TUTOR TRAINING IN EDUCATION | 11-20-2014 | 11-20-2014 | P | C | P | 8 |
| SEA | MONEY SMART                  3 | 09-09-2014 | 09-09-2014 | P | C | P | 4 |
| SEA | TUTOR TRAINING IN EDUCATION | 07-10-2014 | 07-10-2014 | P | C | P | 8 |
| SEA | CITY OF DALLAS RE-ENTRY SEMINR | 05-21-2014 | 05-21-2014 | P | C | P | 4 |
| SEA | CITY SQUARE REENTRY SOCIAL SVC | 05-21-2014 | 05-21-2014 | P | C | P | 4 |
| SEA | DOORS-COMMUNITY RESOURCES/JOBS | 05-22-2014 | 05-22-2014 | P | C | P | 4 |
| SEA | MONEY SMART                  3 | 03-13-2014 | 03-13-2014 | P | C | P | 4 |
| SEA | HEALTH-HUMAN SVCS COMMUN DISEA | 12-11-2013 | 12-11-2013 | P | C | P | 3 |
| SEA | DIVORCE CARE/RELIGIOUS SVCS CL | 10-22-2013 | 01-04-2014 | P | C | P | 26 |
| SEA | TUTOR TRAINING IN EDUCATION | 11-13-2013 | 11-13-2013 | P | C | P | 8 |
| SEA | CHILD SUPPORT SEMINAR | 11-06-2013 | 11-06-2013 | P | C | P | 4 |
| SEA | MONEY SMART                  3 | 10-23-2013 | 10-23-2013 | P | C | P | 4 |
| SEA | PARENTING CLASSES            6 | 07-24-2013 | 08-28-2013 | P | C | P | 12 |
| SEA | TUTOR TRAINING IN EDUCATION | 05-30-2013 | 05-30-2013 | P | C | P | 8 |
| SEA | RELEASE REQUIREMENTS         5 | 03-07-2013 | 03-14-2013 | P | C | P | 1 |
| SEA | RELEASE REQUIREMENTS         5 | 03-07-2013 | 03-07-2013 | P | C | P | 1 |
| MAR GP | SMALL BUSINESS ADVERTISING ACE | 10-15-2012 | 12-15-2012 | P | C | P | 8 |

G0002        MORE PAGES TO FOLLOW . . .

```
REGISTER NO: 23566-057    NAME..: WILLIAMS              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: SEA-SEAGOVILLE FCI
```

------------------------------- EDUCATION COURSES -------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| MAR GP | US CONSTITUTION 2 ACE | 10-15-2012 | 12-15-2012 | P | C | P | 8 |
| MAR GP | NONPROFIT CORPORATION ACE | 10-15-2012 | 12-15-2012 | P | C | P | 8 |
| MAR GP | ACE CLASS US PRESIDENCY | 10-15-2012 | 01-17-2013 | P | C | P | 8 |
| MAR GP | ACE UNITED STATES CONSTITUTION | 07-02-2012 | 09-02-2012 | P | C | P | 8 |
| MAR GP | ACE-SMALL BUSINESS DEVELOPMENT | 07-02-2012 | 09-02-2012 | P | C | P | 8 |
| MAR GP | ACE BUSINESS ESSENTIALS | 04-15-2012 | 06-15-2012 | P | C | P | 8 |
| MAR GP | SMALL BUSINESS ADVERTISING ACE | 04-15-2012 | 06-15-2012 | P | C | P | 8 |
| MAR GP | RPP PG/RELAPS PREVENTION #6 | 03-13-2012 | 05-21-2012 | P | C | P | 10 |
| MAR GP | SOFTBALL OFFICIATING | 03-15-2012 | 03-15-2012 | P | C | P | 8 |
| MAR GP | FINANCING A BUSINESS | 01-15-2012 | 03-15-2012 | P | C | P | 8 |
| MAR GP | ACE CLASS THE NONPROFIT CORP | 11-01-2011 | 12-20-2011 | P | C | P | 8 |
| MAR GP | BUSINESS PUBLIC RELATIONS | 10-15-2011 | 12-15-2011 | P | C | P | 8 |
| MAR GP | USP PARENTING PROGRAM | 10-15-2011 | 12-15-2011 | P | C | P | 8 |
| MAR GP | ACE BUSINESS MANAGEMENT CLASS | 08-22-2011 | 10-12-2011 | P | C | P | 8 |
| MAR GP | STOCK MARKET INVESTING ACE | 08-22-2011 | 10-12-2011 | P | C | P | 8 |
| MAR GP | CELEBRATE RECOVERY | 01-12-2010 | 11-30-2011 | P | C | P | 76 |
| MAR GP | INFORMATION PROCESSING 4 ACE | 07-08-2011 | 09-09-2011 | P | C | P | 90 |
| MAR GP | INFORMATION PROCESSING 3 ACE | 03-30-2011 | 06-30-2011 | P | C | P | 90 |
| MAR GP | ACE VIDEO THE COSMOS | 04-06-2011 | 05-25-2011 | P | C | P | 8 |
| MAR GP | ACE-SMALL BUSINESS DEVELOPMENT | 04-04-2011 | 05-25-2011 | P | C | P | 8 |
| MAR GP | RPP PG/RAT. BEHVIOR THERAPY #6 | 03-22-2011 | 05-17-2011 | P | C | P | 8 |
| MAR GP | USP PARENTING PROGRAM | 01-24-2011 | 05-05-2011 | P | C | P | 8 |
| MAR GP | ACE BUSINESS ESSENTIALS | 01-24-2011 | 05-05-2011 | P | C | P | 8 |
| MAR GP | LITERACY TUTOR TRAINING | 01-10-2011 | 01-10-2011 | P | C | P | 6 |
| MAR GP | ACE CLASS THE NONPROFIT CORP | 10-18-2010 | 01-06-2011 | P | C | P | 8 |
| MAR GP | RPP PG/RAT. BEHVIOR THERAPY #6 | 09-24-2010 | 12-20-2010 | P | C | P | 8 |
| MAR GP | U.S. HISTORY VIDEO ACE CLASS | 08-10-2010 | 11-09-2010 | P | C | P | 4 |
| MAR GP | WRITING A BUSINESS PLAN ACE | 08-10-2010 | 11-09-2010 | P | C | P | 4 |
| MAR GP | S & P STOCK ACE CLASS | 08-10-2010 | 11-09-2010 | P | C | P | 4 |
| MAR GP | RPP PG/RAT. BEHVIOR THERAPY #6 | 09-11-2009 | 08-25-2010 | P | C | P | 25 |
| MAR GP | CREATIVE WRITING ACE CLASS | 06-07-2010 | 07-07-2010 | P | C | P | 8 |
| MAR GP | BUSINESS COMMUNICATIONS ACE | 06-07-2010 | 07-07-2010 | P | C | P | 8 |
| MAR GP | ACE CLASS - CURRENT EVENTS | 03-17-2010 | 05-17-2010 | P | C | P | 4 |
| MAR GP | ACE BUSINESS ESSENTIALS | 03-31-2010 | 05-10-2010 | P | C | P | 8 |
| MAR GP | ACE CLASS EARTH SCIENCE | 03-31-2010 | 05-10-2010 | P | C | P | 8 |
| MAR GP | USP PARENTING PROGRAM | 03-29-2010 | 05-10-2010 | P | C | P | 8 |
| MAR GP | SOFTBALL OFFICIATING | 04-10-2010 | 04-10-2010 | P | C | P | 2 |
| MAR GP | ACE-SMALL BUSINESS DEVELOPMENT | 01-25-2010 | 03-15-2010 | P | C | P | 8 |
| MAR GP | USP PARENTING PROGRAM | 10-19-2009 | 11-19-2009 | P | C | P | 8 |
| MAR GP | ACE CLASS THE NONPROFIT CORP | 10-19-2009 | 11-19-2009 | P | C | P | 8 |
| MAR GP | INVENTORS & INNOVATORS VIDEOS | 10-19-2009 | 11-19-2009 | P | C | P | 8 |
| MAR GP | WRITING A BUSINESS PLAN ACE | 03-31-2008 | 05-22-2008 | P | C | P | 8 |
| MAR GP | ACE CLASS - PUBLIC SPEAKING | 03-31-2008 | 05-22-2008 | P | C | P | 8 |
| MAR GP | ACE CLASS THE NONPROFIT CORP | 06-09-2008 | 07-28-2008 | P | C | P | 8 |
| MAR GP | ACE CAREER SEARCH CLASS | 06-09-2008 | 07-28-2008 | P | C | P | 8 |

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 23566-057    NAME..: WILLIAMS             FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: SEA-SEAGOVILLE FCI
```

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| MAR GP   | ACE-SMALL BUSINESS DEVELOPMENT | 01-19-2009 | 03-10-2009 | P | C | P | 8 |
| MAR GP   | USP PARENTING PROGRAM          | 01-21-2009 | 03-12-2009 | P | C | P | 8 |
| MAR GP   | CREATIVE WRITING ACE CLASS     | 01-21-2009 | 03-12-2009 | P | C | P | 8 |
| MAR GP   | ACE-SMALL BUSINESS DEVELOPMENT | 04-08-2009 | 04-30-2009 | P | C | P | 8 |
| MAR GP   | USP PARENTING PROGRAM          | 04-08-2009 | 04-30-2009 | P | C | P | 8 |
| MAR GP   | ACE ENJOYING FICTION           | 08-12-2009 | 09-03-2009 | P | C | P | 8 |
| MAR GP   | ACE BUSINESS ESSENTIALS        | 08-12-2009 | 09-03-2009 | P | C | P | 8 |
| MAR GP   | ACE PRESIDENTIAL BIOGRAPHY     | 08-12-2009 | 09-12-2009 | P | C | P | 8 |
| MAR SOMP | ACE CLASS - CURRENT EVENTS     | 05-12-2009 | 07-02-2009 | P | C | P | 8 |
| MAR SOMP | ACE WRITING FICTION            | 06-10-2009 | 07-02-2009 | P | C | P | 8 |
| MAR SOMP | WRITING A BUSINESS PLAN ACE    | 06-10-2009 | 07-02-2009 | P | C | P | 8 |
| MAR SOMP | WALKING AND JOGGING PROGRAM    | 10-23-2008 | 03-29-2009 | P | C | P | 7 |
| MAR SOMP | ELECTRONIC LAW LIBRARY SEMINAR | 05-19-2009 | 05-19-2009 | P | C | P | 3 |
| MAR SOMP | SOFTBALL OFFICIATING           | 03-28-2009 | 04-18-2009 | P | C | P | 8 |
| MAR SOMP | COSMIC ODYSSEY VIDEO ACE CLASS | 10-29-2008 | 12-17-2008 | P | C | P | 8 |
| MAR SOMP | CREATIVE WRITING ACE CLASS     | 10-27-2008 | 12-15-2008 | P | C | P | 8 |
| MAR SOMP | BUSINESS COMMUNICATIONS ACE    | 10-27-2008 | 10-27-2008 | P | C | P | 8 |
| MAR SOMP | COMPUTER LAB TYPING ACE CLASS  | 12-01-2008 | 12-12-2008 | P | C | P | 12 |
| MAR SOMP | ACE CLASS - CURRENT EVENTS     | 09-02-2008 | 10-24-2008 | P | C | P | 8 |
| MAR SOMP | ACE CAREER SEARCH CLASS        | 08-20-2008 | 10-08-2008 | P | C | P | 8 |
| MAR SOMP | THE WEST ACE VIDEO CLASS       | 08-20-2008 | 10-08-2008 | P | C | P | 8 |
| MAR SOMP | HISTORY OF AMERICAN CINEMA ACE | 08-20-2008 | 10-09-2008 | P | C | P | 8 |
| MAR SOMP | U.S. HISTORY VIDEO ACE CLASS   | 08-19-2008 | 10-07-2008 | P | C | P | 8 |
| MAR SOMP | HISTORY OF BASEBALL ACE VIDEO  | 08-19-2008 | 10-07-2008 | P | C | P | 8 |
| MAR SOMP | BUSINESS COMMUNICATIONS ACE    | 08-20-2008 | 10-08-2008 | P | C | P | 8 |
| MAR SOMP | THE HUMAN RESOURCES DEPARTMENT | 01-07-2008 | 03-03-2008 | P | C | P | 8 |
| MAR SOMP | ACE CLASS - PUBLIC SPEAKING    | 01-09-2008 | 03-05-2008 | P | C | P | 8 |
| MAR SOMP | RATIONAL BEHVIOR THERAPY       | 02-14-2008 | 03-19-2008 | P | C | P | 6 |
| MAR SOMP | ACE CAREER SEARCH CLASS        | 01-09-2008 | 02-27-2008 | P | C | P | 16 |
| MAR SOMP | WRITING A BUSINESS PLAN ACE    | 01-08-2008 | 02-26-2008 | P | C | P | 16 |
| MAR SOMP | ACE CLASS - CURRENT EVENTS     | 11-05-2007 | 01-11-2008 | P | C | P | 18 |
| MAR SOMP | U.S. HISTORY VIDEO ACE CLASS   | 11-20-2007 | 12-17-2007 | P | C | P | 8 |
| MAR SOMP | THE U.S-MEXICAN WAR VIDEO ACE  | 11-21-2007 | 11-21-2007 | P | C | P | 4 |

```
G0000           TRANSACTION SUCCESSFULLY COMPLETED
```

```
REG NO..: 23566-057  NAME....: WILLIAMS, RICHARD NORMAN
CATEGORY: PTO        FUNCTION: PRT          FORMAT:

FCL   ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
SEA   HEALTHMNDW HEALTHY MIND WAIT               09-27-2023 1426 CURRENT
SEA   AGE BDY C  HEALTHY AGING BODY COMP         06-30-2021 1200 07-18-2021 1150
SEA   AGE BDY P  HEALTHY AGING BODY PART         04-07-2021 1200 06-30-2021 1200
SEA   AARP FND C AARP FOUNDATION FINANCE COMP    07-06-2021 1417 07-06-2021 1417
SEA   AARP FND P AARP FOUNDATION FINANCE PART    07-06-2021 1407 07-06-2021 1417
SEA   AARP FND W AARP FOUNDATION FINANCE WAIT    06-30-2021 1240 07-06-2021 1407
SEA   MON SM G C MONEY SMART GENERAL POP COMP    06-29-2021 0843 06-29-2021 0843
SEA   MON SM G P MONEY SMART GENERAL POP PART    06-03-2021 1456 06-29-2021 0843
SEA   MON SM G W MONEY SMART GENERAL POP WAIT    06-03-2021 1445 06-03-2021 1456
SEA   BRN HLTH C BRAIN HEALTH AS YOU AGE COMP    01-25-2021 1200 03-02-2021 1811
SEA   BRN HLTH P BRAIN HEALTH AS YOU AGE PART    12-28-2020 1200 01-25-2021 1200
SEA   ARTH FND C ARTHRITIS FOUNDATION WALK COMP  12-28-2020 1200 01-16-2021 0924
SEA   ARTH FND P ARTHRITIS FOUNDATION WALK PART  11-16-2020 1200 12-28-2020 1200




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```